

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00049-CV

**Juan Jose Rojas**

**v.**

**Lilian Guardado**

NO. 1001030 IN THE 311TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 05/28/2014 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/27/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 11/27/2013 | E-PAID | ANT |
| SUPP CLK RECORD | $12.00 | 10/18/2013 | UNKNOWN | UNK |
| E-TXGOV FEE | $5.00 | 08/20/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/19/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/11/2013 | E-PAID | UNK |
| E-TXGOV FEE | $5.00 | 07/03/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 06/24/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/24/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/24/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 05/10/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/10/2013 | E-PAID | ANT |
| CLERK'S RECORD | $122.00 | 04/10/2013 | PAID | ANT |
| REPORTER'S RECORD | $1,121.00 | 03/18/2013 | PAID | ANT |
| REPORTER'S RECORD | $121.00 | 03/12/2013 | PAID | ANT |

| FILING | $175.00 | 01/15/2013 | PAID | ANT |
|--------|---------|------------|------|-----|

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,631.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 6, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**